# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087−5 | User: admin | Date Created: 03/17/2021 |
| Case: 21−10572 | Form ID: 309C | Total: 155 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Oliver and Olivia Children Apparel, Inc. | 16813 Little Leaf Lane | Edmond, OK 73012 |
| ust | United States Trustee   United States Trustee   215 Dean A. McGee Ave., 4th Floor   Oklahoma City, OK 73102 | | |
| tr | Lyle R. Nelson   Two Leadership Square   211 N. Robinson, Ste 1300   Oklahoma City, OK 73102 | | |
| aty | Jerry D. Brown   Jerry D. Brown, P.C.   5500 N. Western, Suite 150   Oklahoma City, OK 73118 | | |
| smg | Oklahoma Employment Security Commission   PO Box 53039   Oklahoma City, OK 73152−3039 | | |
| 6547723 | ALBERT, WHITNEY   777 E 15TH ST, # 452   EDMOND OK 73013 | | |
| 6547724 | ALLY FINANCIAL   PO BOX 8104   COCKEYSVILLE MD 21030−8104 | | |
| 6547725 | ALVARADO, JOSEPH   1626 NW 8TH ST   OKLAHOMA CITY OK 73106 | | |
| 6547726 | AMAZON LENDING   AMAZON CAPITAL   2201 WESTLAKE AVE.   SEATTLE WA 98103 | | |
| 6547727 | AMERICAN EXPRESS   PO BOX 297879   FORT LAUDERDALE FL 33329−7879 | | |
| 6547728 | ATT MOBILITY   PO BOX 6463   CAROL STREAM IL 60197 | | |
| 6547729 | BAKKE, SARA   316 E. GREENWOOD LN   MUSTANG OK 73064 | | |
| 6547730 | BARRY, BRIANNA   608 NW 116TH TERR   OKLAHOMA CITY OK 73114 | | |
| 6547731 | BEACON FUJNDING CORPORATION   3400 DUNDEE RD, # 180   NORTHBROOK IL 60062 | | |
| 6547733 | BEACON FUNDING CORPORATION   3400 DUNDEE RD., #180   NORTHBROOK IL 60062 | | |
| 6547732 | BEACON FUNDING CORPORATION   3400 DUNDEE ROAD, SUITE 180   NORTHBROOK IL 60062 | | |
| 6547734 | BIGGS, MOLLY   11100 N. 19TH ST   FREDERICK OK 73542 | | |
| 6547735 | BLANKENSHIP, MADISON   1201 COVELL VILLAGE DR., #219   EDMOND OK 73003 | | |
| 6547736 | BLUE CROSS BLUE SHIELD OKLAHOMA   PO BOX 650615   DALLAS TX 75265−0615 | | |
| 6547737 | BOUNDS, TERA   4713 SE 19TH   OKLAHOMA CITY OK 73115 | | |
| 6547738 | BROTHER INTERNATIONAL CORP.   200 CROSSING BLVD.   BRIDGEWATER NJ 08807 | | |
| 6547739 | BURCHAM, BRODY   5757 W. HEFNER RD, #1204   OKLAHOMA CITY OK 73162 | | |
| 6547740 | CALDERON, JESSIE   2701 NW 18TH ST.   OKLAHOMA CITY OK 73107 | | |
| 6547741 | CASTLEBERRY, STEPHANIE   13331 N MACARTHUR BLVD, #109   EDMOND OK 73013 | | |
| 6547742 | CASTRO, SELENE   1036 SW 30TH ST.   OKLAHOMA CITY OK 73109 | | |
| 6547743 | CATER, SHANNA   13909 JOSHUA ST.   KINGSTON OK 73439 | | |
| 6547744 | CHERYL HUSMANN   PO BOX 7751   EDMOND OK 73083 | | |
| 6547745 | CHRIS MARBLE   CMM FINANCIAL   3535 NW 58TH STREET   SUITE 765   OKLAHOMA CITY OK 73112 | | |
| 6547746 | CITIZENS BANK   1 EAST FIRST STREET   EDMOND OK 73034 | | |
| 6547747 | COUGHLIN, KACEY   224 EAST BLOSSOM DR   MIDWEST CITY OK 73110 | | |
| 6547748 | COX BUSINESS   PO BOX 1259   OAKS PA 19456 | | |
| 6547749 | COX, MELISSA   5006 SE 47TH ST   LAWTON OK 73501 | | |
| 6547750 | CRIBLEY, KARSON   2028 3 STARS RD   EDMOND OK 73034 | | |
| 6547751 | DAVIS, CHEYENNE   6229 NW 63RD ST., # D   WARR ACRES OK 73132 | | |
| 6547752 | DELL FINANCIAL SERVICES LLC   ONE DELL WAY   ROUND ROCK TX 78682 | | |
| 6547753 | EDMONDS, MADISON   2112 SHADY CREEK TRAIL   EDMOND OK 73013 | | |
| 6547754 | EIRWIN, HOPE   401 W COVELL RD, # 2026   EDMOND OK 73003 | | |
| 6547755 | ELLIOTT, EMILEIGH   508 NW 51ST ST.   OKLAHOMA CITY OK 73118 | | |
| 6547717 | EQUIFAX INFORMATION SERVICES LLC   PO BOX 740256   ATLANTA GA 30374−0256 | | |
| 6547718 | EXPERIAN   701 EXPERIAN PARKWAY   PO BOX 2002   ALLEN TX 75013 | | |
| 6547756 | EXPRESS SERVICES, INC.   PO BOX 203901   DALLAS TX 75320−3901 | | |
| 6547757 | FLORES, NAYSHA   402 W. COVELL RD, #326   EDMOND OK 73003 | | |
| 6547758 | FORD, KEAGAN   400 W EDMOND RD   EDMOND OK 73003 | | |
| 6547759 | FORMAN, HANNAH   100 N BLACKWELDER   EDMOND OK 73034 | | |
| 6547760 | FOX CAPITAL   1920 E. HALLANDALE BEACH BLVD.   HALLANDALE FL 33009 | | |
| 6547761 | FRAZIER, CHASITY   9108 SUNCOUNTRY DR.   MIDWEST CITY OK 73130 | | |
| 6547762 | GAY, JAMES   2805 EDMOND RD. NE   PIEDMONT OK 73078 | | |
| 6547763 | GENEVA CAPITAL LLC   1311 BROADWAY STREET   ALEXANDRIA MN 56308 | | |
| 6547764 | GOODSON, BRITTANY   3108 NW 184TH ST   EDMOND OK 73012 | | |
| 6547765 | GOODSON, TAYLOR   11020 SW 6TH ST   YUKON OK 73099 | | |
| 6547766 | GRAPHIC SOLUTIONS   4601 SPRING VALLEY RD.   DALLAS TX 75244 | | |
| 6547767 | HAIR, JAMIE   814 W. 7TH ST.   EDMOND OK 73003 | | |
| 6547768 | HALL, LANDON   1920 E 2ND ST.   EDMOND OK 73034 | | |
| 6547769 | HANEY, CRYSTAL   1229 MORRISON TRAIL   EDMOND OK 73012 | | |
| 6547770 | HANEY, SARAH   19300 CADE CT   EDMOND OK 73012 | | |
| 6547771 | HEARTLAND PAYROLL SOLUTIONS   90 LINDEN OAKS   SUITE 110   ROCHESTER NY 14625 | | |
| 6547772 | HENRY, MADISON   2301 TUSCAN LANE   EDMOND OK 73034 | | |
| 6547773 | HERRING, JOHN   2701 WINDSOR BLVD   OKLAHOMA CITY OK 73127 | | |
| 6547774 | HMF CAPITAL GROUP   MOE LENDING   368 NEW HEMPSTEAD STE 217   NEW CITY NY 10956 | | |
| 6547775 | HOEBING, EMILY   1608 NW 39TH ST.   OKLAHOMA CITY OK 73118 | | |
| 6547776 | HUMPHREY, CHELSEA   16500 MOORGATE LANE   EDMOND OK 73012 | | |
| 6547715 | IRS   P.O. BOX 7346   PHILADELPHIA PA 19101−7346 | | |
| 6547777 | JENNINGS, SUPANIDA   1225 N. META   OKLAHOMA CITY OK 73107 | | |

```
6547778   JILL FORD          16813 LITTLE LEAF LANE        EDMOND OK 73012-0677
6547779   JOE LIEBERMAN         LIEBERMAN AND KLESTZICK LLP       71 S. CENTRAL AVE. 2ND
          FLOOR       VALLEY STREAM NY 11580
6547780   JOHNSON PLASTICS        PO BOX 74576       CLEVELAND OH 44194
6547781   JOHNSON, MARY P.        1525 NW 41ST ST       OKLAHOMA CITY OK 73118
6547782   JONES, SHAWNA        4713 SE 19TH ST.       DEL CITY OK 73115
6547783   KLIEWER, CHERYL       13516 BRANDON PL.       APT. N       OKLAHOMA CITY OK 73142
6547784   KOLB, JILLIAN        304 N. BROADWAY        CRESCENT OK 73028
6547785   KREGGER, JAMIE        129 ASHLEY DR       EDMOND OK 73003
6547786   LAWRENCE, KRISTIN        9211 N. COUNCIL RD, #313        OKLAHOMA CITY OK 73132
6547787   LEASE CORPORATION OF AMERICA (LCA)        3150 LIVERNOIS RED., #300      TROY MI 48083
6547788   LOPEZ, VANESSA         1109 E KATY DR.       ALTUS OK 73521
6547789   MADDOX, JENNIFER        6400 NW 160TH TERR       EDMOND OK 73013
6547790   MAIN STREET LOAN        CITIZENS BANK       1 E. 1ST STREET       EDMOND OK 73034
6547791   MCCONNELL, MADISON        2812 WOODCREEK RD       MIDWEST CITY OK 73110
6547792   MCKELVEY, REBECCA        9751 ANDERSON RD       GUTHRIE OK 73044
6547793   MCKINNEY, CHEYENNE        6050 S. BANNER RD       EL RENO OK 73036
6547794   MCMILLAN, ALEXIS        19517 VISTA AVE       EDMOND OK 73012
6547795   MENASCO, GARRETT        329895 E 940 RD       LUTHER OK 73054
6547796   MERCEDES BENZ FINANCIAL SERVICES        PO BOX 961        ROANOKE TX 76262
6547797   MIDFIRST BANK        501 NW GRAND BLVD       OKLAHOMA CITY OK 73118
6547798   MIDFIRST BANK        PO BOX 26750       OKLAHOMA CITY OK 73118
6547799   MISSION IMPRINTABLES        1604 CACTUS RD       SAN DIEGO CA 92154
6547800   MURPHY, SHERRIAH        1600 KICKINGBIRD RD, #134       EDMOND OK 73034
6547801   MYERS LAW GROUP        4695 MACARTHUR COURT        SUITE 200       NEWPORT BEACH CA
          92660
6547802   NAVITAS CREDIT CORP        PO BOX 935204        ATLANTA GA 31193-5204
6547803   NEEL, KYLIE       4 S. KELLY AVE       EDMOND OK 73003
6547804   NGUYEN, DAVID        13608 NANCY ANN DR.       PIEDMONT OK 73078
6547805   NORTH STAR LEASING COMPANY        PO BOX 4505       BURLINGTON VT 05406-4505
6547806   OCEAN DEVELOPMENT        3825 NW 166TH STREET       EDMOND OK 73012
6547807   OCEAN DEVELOPMENT        THE ALLEY AT PORT 164       3825 NW 166TH STREET        EDMOND
          OK 73012
6547812   OG & E       3220 S. HIGH      M 322       OKLAHOMA CITY OK 73129
6547810   OG & E       3220 S. HIGH AVE      M 322       OKLAHOMA CITY OK 73129
6547811   OG & E       3220 S. HIGH AVE       OKLAHOMA CITY OK 73129
6547808   OG & E       3220 S. HIGH AVE.      M 223       OKLAHOMA CITY OK 73129
6547809   OG & E       3220 S. HIGH AVE.      M 322       OKLAHOMA CITY OK 73129
6547813   OKLAHOMA DEPARTMENT OF LABOR        3017 N. STILES AVE. STE. 100       OKLAHOMA CITY OK
          73105
6547814   OKLAHOMA NATURAL GAS        401 N HARVEY       OKLAHOMA CITY OK 73102
6547716   OKLAHOMA TAX COMMISSION        GENERAL COUNSEL'S OFFICE       100 N. BROADWAY
          AVE.       SUITE 1500       OKLAHOMA CITY OK 73102
6547815   PACHECO, KORI        1135 1/2 NW 96TH ST.       OKLAHOMA CITY OK 73114
6547816   PAIGE, HUNTER        409 E BLACKWELL AVE        BLACKWELL OK 74631
6547817   PARHAM, RAELYNN        OKLAHOMA CITY OK 73120
6547818   PAYABILITY COMMERCIAL FACTORS        61 BROADWAY        SUITE 1115       NEW YORK NY
          10006
6547819   PAYABILITY COMMERCIAL FACTORS, LLC        10955 LOWELL STE 800        OVERLAND PARK KS
          66210
6547820   PAYPAL WORKING CAPITAL        ATTN: EXECUTIVE ESCALATION        PO BOX 45950       OMAHA
          NE 68145-0950
6547821   POOLE, DENNA        2217 ASHLEY DR.       OKLAHOMA CITY OK 73118
6547822   RAMIREZ, MAYRA        201 SE 89TH ST, #1313       OKLAHOMA CITY OK 73149
6547823   RANCE, NANCY        3301 CYPRESS CT       MOORE OK 73170
6547824   REAL, ASHLYN        1001 N. DOUGLAS       GUTHRIE OK 73044
6547825   REVENUE BASED FINANCING        257 E. 200 SOUTH        STE 330       SALT LAKE CITY UT
          84111
6547826   RIOS, ELIZABETH        3109 RANKIN TERR       EDMOND OK 73013
6547827   ROBERTS, ANGELA        1930 HERITAGE PARK DR., #129        OKLAHOMA CITY OK 73120
6547828   RUTHERFORD, ANA        5904 NW 50TH       OKLAHOMA CITY OK 73109
6547829   RYLAND, JOHN        11710 CIMARRON RD       CRESCENT OK 73028
6547830   S & S ACTIVE WEAR        220 REMINGTON BLVD        BOLINGBROOK IL 60440
6547831   SANFORD, SKI        1600 CHELSEA DR       EDMOND OK 73013
6547832   SAUNDERS, PAIGE        220 E. 14TH ST.       EDMOND OK 73034
6547833   SCHOLL, AMBER        1116 SWAN LAKE RD       EDMOND OK 73003
6547834   SCHOLL, ERICKA        2008 LAZY BROOK TRAIL       EDMOND OK 73013
6547835   SHOPIFY LOAN        150 ELGIN STREET        8TH FLOOR       OTTAWA, ONTARIO, CAN K2P
          1L4
6547836   SHOTT, VANESSA        408 CHALK HILL CT       EDMOND OK 73003
6547837   SMALL BUSINESS ADMINISTRATION        ECONONMIC INJURY DISASTER RELIEF       14925
          KINGSPORT ROAD       FORT WORTH TX 76185
6547838   SMITH, ANGELA        329895 E 940 RD       LUTHER OK 73054
6547839   SNOW, DILLON        14300 N. PENN       OKLAHOMA CITY OK 73134
6547840   SNYDER, TRACY        4713 SE 19TH ST.       DEL CITY OK 73115
6547841   SPIVEY, GABRIELLA        11708 NW 135TH ST       PIEDMONT OK 73078
6547842   TATE, SHARIECE        9501 1-35 SERVICE RD, #803       MOORE OK 73160
6547843   TAWATER, AVERY        2611 EDGEWOOD DR       EDMOND OK 73013
```

| | | | |
|---|---|---|---|
| 6547719 | TELECHECK INTL INC | SUPERVISOR LEGAL DEPT | 5251 WESTHEIMER 2ND FLOOR   HOUSTON TX 77056 |
| 6547844 | TELUKEVICH, SOPHIA | 2209 YORKSHIRE DR | EDMOND OK 73013 |
| 6547845 | TFS SPORTSWEAR | 1991 N. POWERLINE RD | POMPANO BEACH FL 33069 |
| 6547846 | THOMPSON, BRIANNA | 332 CHALK HILL CT | EDMOND OK 73003 |
| 6547847 | TIME PAYMENT | 1600 DISTRICT AVE., #200 | BURLINGTON MA 01803 |
| 6547720 | TRANS UNION CORPORATION | PO BOX 2000 | CRUM LYNNE PA 19022–2002 |
| 6547848 | TRENT & JILL FORD | 16813 LITTLE LEAF LANE | EDMOND OK 73012 |
| 6547849 | TRENT AND JILL FORD | 16813 LITTLE LEAF LANE | EDMOND OK 73012 |
| 6547721 | US ATTORNEYS OFFICE | 210 W. PARK AVENUE, SUITE 400 | OKLAHOMA CITY OK 73102 |
| 6547722 | US DEPT OF JUSTICE CIV TRIAL | TAX DIVISION CENTRAL REGION | P.O. BOX 7238 BEN FRANKLIN ST.   WASHINGTON DC 20044 |
| 6547850 | VALDIVIA, RAVEN | 4000 WHISPER CREEK DR. | EDMOND OK 73034 |
| 6547851 | VARNELL, DILLAN | PO BOX 278 | ARCADIA OK 73007 |
| 6547852 | VAUGHN, LEAH | 1441 NW 31ST ST. | OKLAHOMA CITY OK 73118 |
| 6547853 | VAUGHT, ARION | 5757 W. HEFNER RD | OKLAHOMA CITY OK 73162 |
| 6547854 | VOEGELE, TAYLOR | 716 ASHWOOD LN | MOORE OK 73160 |
| 6547855 | WARD, KERIDAN | 18820 ROLLING HILL WAY | EDMOND OK 73012 |
| 6547856 | WARD, MIKE | 18801 NORTH INDIAN MERIDIAN | LUTHER OK 73054 |
| 6547857 | WEBB, BRYONNA | 5612 DUNLIN RD | OKLAHOMA CITY OK 73179 |
| 6547858 | WIGLEY, AMY | 50947 110TH ST. | STRATFORD OK 74872 |
| 6547859 | WILSON, ANGELA | 8225 NW 112TH TERRACE | OKLAHOMA CITY OK 73162 |
| 6547860 | WILSON, DARRIN | 2700 SHADY TREE LN | EDMOND OK 73013 |
| 6547861 | WITHERS, MEGAN | 5434 #D N. HARVEY AVE | OKLAHOMA CITY OK 73118 |
| 6547862 | WYANT, BRIANA | 610 W. COLLEGE AVE | BLACKWELL OK 74631 |
| 6547863 | WYANT, HALEY | 400 W EDMOND RD, #130 | EDMOND OK 73003 |
| 6547864 | YANDELL, JADYN | 10601 SONGBIRD LANE | MIDWEST CITY OK 73130 |

TOTAL: 155