## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| OLIVER AND OLIVIA ) | |
| CHILDREN APPEAREL, INC., ) | Case No. 21-10572 SAH |
| ) | |
| Debtor. ) | |

### UNOPPOSED MOTION TO WITHDRAW

COME NOW Creditors Chasity Frazier, Cheyenne Davis, Crystal Haney, Hunter Paige, Leah Vaughn, Mayra Ramirez, Melissa Coy, Selene Castro, Shawna Jones, Tracy Snyder, Vanessa Perez, and Shanna Cater ("Creditors"), through their counsel Conner L. Helms, and hereby request that attorneys Conner L. Helms, Branton Bentley, Scott A. May, and Helms Law Firm (collectively "Helms Law Firm"), be allowed to withdraw as counsel for Creditors. In support of this Motion, undersigned counsel states:

1. Creditors have chosen to discontinue pursuing their claims against Debtors Jill and Trent Ford at this time.

2. Creditors no longer retain Helms Law Firm.

3. The undersigned counsel certifies that he has provided notice of the intent to withdraw Conner L. Helms, Branton Bentley, Scott A. May, and Helms Law Firm, and a copy of this motion, to the clients and all interested parties as required by Local Rule 9010-1, on July 6, 2021 and March 25, 2022.

4. No hearings or deadlines are set for Creditors.

WHEREFORE, Creditors request that the Motion to Withdraw Attorneys Conner L. Helms, Branton Bentley, Scott A. May, and Helms Law Firm as counsel for Creditors be granted, together with such further relief as the Court deems equitable and proper.

Respectfully submitted,

*/s/ Conner L. Helms*
Conner L. Helms, OBA No. 12115
Scott A. May, OBA No. 12115
**HELMS LAW FIRM**
One N.E. Second Street, Suite 202
Oklahoma City, OK 73104
Telephone: (405) 319-0700
Facsimile: (405) 319-9292
conner@helmslegal.com
scott@helmslegal.com
**Attorney for Chasity Frazier, Cheyenne Davis, Crystal Haney, Hunter Paige, Leah Vaughn, Mayra Ramirez, Melissa Coy, Selene Castro, Shawna Jones, Tracy Snyder, Vanessa Perez, and Shanna Cater**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2022, I electronically transmitted the above and foregoing Motion to Withdraw to the Clerk of the Court using the ECF System for filing and for transmitting a Notice of Electronic Filing to the ECF Registered Participants in the above-captioned proceeding.

*/s/ Conner L. Helms*
Conner L. Helms